From: **Brinson, Toni** TBrinson@Vanderburghgov.org
Subject: In re: Murphy divorce
Date: May 26, 2020 at 12:27 PM
To: Stephen Murphy stephen@stephenmurphy.attorney, steve@deiglaw.com



Good morning gentlemen,

We will be in Courtroom 101 tomorrow afternoon.   Please be aware that you must wear a mask and have your temperature check upon entering the building.

Thank you,
Toni Brinson