UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE  DIVISION

| | | |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | |
| STEPHEN MURPHY, | ) | CASE NO. |
| Petitioner, | ) | 3:20-cv-00116-RLY-MPB |
| and | ) | |
| | ) | NOTICE OF REMOVAL BY |
| SUZANNE MURPHY, | ) | STEPHEN MURPHY |
| Respondent. | ) | |
| and | ) | [28 U.S.C. § 1441 (c)] |
| | ) | |
| VANDERBURGH COUNTY | ) | |
| PROSECUTING ATTORNEY, | ) | |
| Intervenor. | ) | |

## ORDER ON MOTION TO REMAND AND
## RESPONSE TO NOTICE OF REMOVAL

The Court having considered Suzanne Murphy's Motion to Remand and Response to Notice

of Removal and Request for Reasonable Attorney Fees contained therein and her Affidavit in support

thereof now GRANTS said motion.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause shall

be remanded to the Vanderburgh Superior Court and that Stephen Murphy shall pay attorney fees

to Suzanne Murphy in the sum of Five Hundred One Dollars and Fifty Cents ($501.50), within thirty

(30) days.

Dated:_____

_____
Judge, United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2020, a copy of the attached Order on Motion to Remand and Response to Notice of Removal, was served on the following parties: **STEPHEN MURPHY, 731 Sunglow Circle, Indianapolis, Indiana 46231** by U.S. Mail and and by Email at stephen@stephenmurphy.attorney;

and to **MATTHEW KEPPLER** by U.S. Mail at Vanderburgh County Prosecutors Office, Child Support Division, 1 NW Martin Luther King, Jr. Blvd, #110, Evansville, IN 47708 and Email at mkeppler@vanderburghgov.org.

/s/Steven K. Deig
Steven K. Deig, #4461-82
Law Offices of Steven K. Deig, LLC
5615 E. Virginia Street
Evansville, IN 47715
Telephone: (812) 477-5577
Facsimile: (812) 477-7220
Email: steve@deiglaw.com
Attorney for Suzanne Murphy