# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* <br> *Indianapolis, Indiana* <br> *46204* | *101 Northwest MLK Boulevard* <br> *Evansville, Indiana* <br> *47708* |
| *921 Ohio Street* <br> *Terre Haute, Indiana* <br> *47807* | *121 West Spring Street* <br> *New Albany, Indiana* <br> *47150* |

June 3, 2020

Clerk of the Vanderburgh County Court
Court Builidng
825 E Sycamore St #216
Evansville, IN 47708

      Re: MURPHY v. MURPHY
      Cause Number: 3:20−cv−00116−RLY−MPB
      Your Cause Number: 82D05−1606−DR−848

Dear Clerk:

      Pursuant to Court order dated June 3, 2020, the above file is remanded to the Vanderburgh County Court.

      Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 5/18/2020. Also enclosed are certified copies of the docket and order of remand.

      Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

      Sincerely,

      Roger A. G. Sharpe, Clerk


      By: s/Jon Blankenberger
      Jon Blankenberger, Deputy Clerk

Received by:_____ Date:_____